**No. P68/479.**—Mahana Corp. v. United States, protests 66/20041, etc. (New York).

**No. P68/480.**—Canton-Son, Inc. v. United States, protests 66/24420, etc. (New York).

MALETZ, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of nodding head animals similar in all material respects to those the subject of *Wilson's Customs Clearance, Inc.* v. *United States* (59 Cust. Ct. 36, C.D. 3061), and that said merchandise is wholly or in chief value of papier mache, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 6, 1968

**No. P68/481.**—Heads and Threads, Division of MSL Industries, Inc. v. United States, protests 65/15769–15097, etc. (Chicago).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bolts similar in all material respects to those the subject of *Heads and Threads, Division of MSL Industries, Inc.* v. *United States* (60 Cust. Ct. 308, C.D. 3374), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 12, 1968

**No. P68/482.**—Rhodia, Inc. v. United States, protests 64/25080, etc. (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Ambrene Extra Concentrate, an absolute of labdanum, extracted from labdanum by the volatile solvent process, containing nothing that was not in the original crude material from which made, and that the issues involved herein are analogous to those in *Ungerer and Co., Inc.* v. *United States* (33 Cust. Ct. 152, C.D. 1647), the claim of the plaintiff was sustained.